# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schall, Alvin A. | United States Court of Appeals for the Federal Circuit | 04/28/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Circuit Judge (Senior Status) | ☐ Nomination Date ☐ Initial ✔ Annual ☐ Final  5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

717 Madison Place, N.W.
Washington, D.C. 20439

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee (one of two) | Trust #2 |
| 2. Trustee (one of two) | Trust #4 |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/28/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/28/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Schall, Alvin A. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1.   Abbott Laboratories, Inc. | B | Dividend | L | T | | | | | |
| 2.   Abbvie, Inc. | C | Dividend | L | T | | | | | |
| 3.   Altria Group, Inc. | C | Dividend | L | T | | | | | |
| 4.   Boeing Co. | D | Dividend | N | T | | | | | |
| 5.   BP PLC | D | Dividend | M | T | | | | | |
| 6.   Exxon Mobil Corp. | D | Dividend | M | T | | | | | |
| 7.   General Electric Co. | B | Dividend | K | T | | | | | |
| 8.   General Mills, Inc. | C | Dividend | L | T | | | | | |
| 9.   Home Depot, Inc. | D | Dividend | O | T | | | | | |
| 10.  Intel Corp. | D | Dividend | N | T | | | | | |
| 11.  Johnson & Johnson | C | Dividend | M | T | | | | | |
| 12.  J.P. Morgan Chase & Co. | D | Dividend | N | T | | | | | |
| 13.  Kraft Heinz Co. | A | Dividend | J | T | | | | | |
| 14.  Minnesota Mining & Mfg. Co. | D | Dividend | M | T | | | | | |
| 15.  Mondelez Int'l., Inc. | A | Dividend | K | T | | | | | |
| 16.  Motorola Solutions, Inc. | A | Dividend | L | T | | | | | |
| 17.  Pepsico, Inc. | D | Dividend | M | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   Philip Morris Int'l., Inc. | D | Dividend | M | T | | | | | |
| 19.   Vanguard High Dividend Yield ETF | D | Dividend | N | T | | | | | |
| 20.   Vanguard High Dividend Yield ETF | D | Dividend | N | T | | | | | |
| 21.   Walt Disney Co. | C | Dividend | N | T | | | | | |
| 22.   Yum Brands, Inc. | B | Dividend | L | T | | | | | |
| 23.   Yum China Holdings, Inc. | A | Dividend | K | T | | | | | |
| 24.   DWS GNMA Fund - | B | Interest | L | T | Sold<br>(part) | 12/02/19 | J | A | |
| 25.   DWS GNMA Fund - | B | Interest | K | T | Sold<br>(part) | 12/02/19 | J | A | |
| 26.   Edgartown Water Co. | | None | J | W | | | | | |
| 27.   Mainbocher, Inc. | | None | J | W | | | | | |
| 28.   EvergreenMoneyFund(Now<br>StdBankDeposit for<br>WellsFargoAdvisorsAccount) | A | Interest | J | T | | | | | |
| 29.   Fidelity Contra Fund | B | Dividend | M | T | Sold<br>(part) | 11/29/19 | J | B | |
| 30.   Vanguard Int.-Term Tax-Exempt Fund<br>Adm. Shares Bond Fund | D | Dividend | M | T | Sold<br>(part) | 05/31/19 | J | A | |
| 31.   Vanguard Int.-Term Tax-Exempt Fund<br>Adm. Shares Bond Fund | | | | | Sold<br>(part) | 08/30/19 | J | A | |
| 32.   Vanguard Int.-Term Tax-Exempt Fund<br>Adm. Shares Bond Fund | | | | | Sold<br>(part) | 11/29/19 | J | A | |
| 33.   Vanguard Ltd.-Term Tax-Exempt Fund<br>Adm. Shares Bond Fund | C | Dividend | M | T | Sold<br>(part) | 05/31/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 34. Vanguard Ltd.-Term Tax-Exempt Fund Adm. Shares Bond Fund | | | | | Sold (part) | 08/30/19 | J | A | |
| 35. Vanguard Ltd.-Term Tax-Exempt Fund Adm. Shares Bond Fund | | | | | Sold (part) | 11/29/19 | J | A | |
| 36. Vanguard Dividend Growth Fund | D | Dividend | O | T | Sold (part) | 05/31/19 | J | A | |
| 37. Vanguard Dividend Growth Fund | | | | | Sold (part) | 08/30/19 | J | A | |
| 38. Vanguard Dividend Growth Fund | | | | | Sold (part) | 11/29/19 | J | A | |
| 39. Williams 79 Associates | | None | J | W | | | | | |
| 40. TRUST #1: | | | | | | | | | |
| 41. Deutsche Bank Trust Co. Tax-Free Income Fund | B | Dividend | K | T | | | | | |
| 42. Deutsche Bank Trust Co. International Fund | A | Dividend | J | T | Sold (part) | 04/15/19 | J | A | |
| 43. Deutsche Bank Trust Co. U.S. Large Capitalization Value Fund | C | Dividend | M | T | Sold (part) | 04/30/19 | J | A | |
| 44. MFS Emerging Markets Debt Fund CL1 | A | Dividend | | | Sold | 10/15/19 | J | Loss | |
| 45. Deutsche Bank Trust Co. Money Market Deposit Account | A | Interest | J | T | | | | | |
| 46. TRUST #2: | | | | | | | | | |
| 47. American Express Co. | A | Dividend | L | T | | | | | |
| 48. BP PLC | B | Dividend | K | T | | | | | |
| 49. Kimberly Clark Corp. | C | Dividend | M | T | | | | | |
| 50. Pfizer, Inc. | B | Dividend | K | T | Sold (part) | 05/31/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 51. Pfizer, Inc. | | | | | Sold<br>(part) | 08/31/19 | J | B | |
| 52. Pfizer, Inc. | | | | | Sold<br>(part) | 11/15/19 | J | B | |
| 53. Raytheon Co. | C | Dividend | M | T | | | | | |
| 54. Fidelity Contra Fund | B | Dividend | L | T | | | | | |
| 55. Deutsche Bank Trust Co. U.S. Large Capitalization Growth Fund | D | Dividend | O | T | Sold<br>(part) | 04/15/19 | K | C | |
| 56. Deutsche Bank Trust Co. U.S. Large Capitalization Growth Fund | | | | | Sold<br>(part) | 05/31/19 | J | A | |
| 57. Deutsche Bank Trust Co. U.S. Large Capitalization Growth Fund | | | | | Sold<br>(part) | 08/30/19 | J | A | |
| 58. Deutsche Bank Trust Co. U.S. Large Capitalization Growth Fund | | | | | Sold<br>(part) | 11/29/19 | J | A | |
| 59. Deutsche Bank Trust Co. Tax-Free Income Fund | C | Dividend | M | T | | | | | |
| 60. Deutsche Bank Trust Co. Money Market Deposit Account | A | Interest | J | T | | | | | |
| 61. TRUST #3: | | | | | | | | | |
| 62. Deutsche Bank Trust Co. U.S. Small Capitalization Fund | A | Dividend | | | Sold | 02/15/19 | J | | Loss |
| 63. Deutsche Bank Trust Co. Tax-Free Income Fund | B | Dividend | L | T | | | | | |
| 64. Deutsche Bank Trust Co. International Fund | A | Dividend | J | T | Sold<br>(part) | 04/15/19 | J | B | |
| 65. Deutsche Bank Trust Co. U.S. Large Capitalization Value Fund | D | Dividend | N | T | Sold<br>(part) | 05/31/19 | J | A | |
| 66. Deutsche Bank Trust Co. High Income Fund Class A | A | Dividend | J | T | | | | | |
| 67. I Shares MSCI Emerging Markets Index Fund | A | Dividend | J | T | Sold<br>(part) | 11/14/19 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 68.  I Shares Cohen & Steers REIT ETF | A | Dividend | J | T | | | | | |
| 69.  MFS Emerging Markets Debt Fund CL1 | A | Dividend | J | T | | | | | |
| 70.  Deutsche Bank Trust Co. Money Market Deposit Account | A | Dividend | J | T | | | | | |
| 71.  TRUST #4: | | | | | | | | | |
| 72.  American Express Co. | B | Dividend | M | T | | | | | |
| 73.  BP PLC | B | Dividend | K | T | | | | | |
| 74.  General Electric Co. | A | Dividend | | | Sold | 08/15/19 | J | D | |
| 75.  Merck & Co., Inc. | C | Dividend | M | T | | | | | |
| 76.  Procter & Gamble Co. | B | Dividend | L | T | | | | | |
| 77.  WabTecCorpmergedw/Gen ElectricSub,GETransportn on2/25/19 acqon 2/26/19 | A | Dividend | | | Sold (part) | 02/26/19 | | A | Loss |
| 78.  WabTecCorpmergedw/Gen ElectricSub,GETransportn on 2//25/19acqon2/26/19 | | | | | Sold | 08/15/19 | | A | Loss |
| 79.  Deutsche Bank Trust Co. International Fund | B | Dividend | L | T | Sold (part) | 02/15/19 | J | A | |
| 80.  Deutsche Bank Trust Co. Taxable Income Fund | D | Dividend | N | T | | | | | |
| 81.  Deutsche Bank Trust Co. High Income Fund-Insured | B | Dividend | K | T | | | | | |
| 82.  I Shares U.S. Treasury Inflation Protected Securities Fund | A | Dividend | K | T | | | | | |
| 83.  Para-metrics Emerging Markets Fund | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Schall, Alvin A.** | 04/28/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 84. Deutsche Bank Trust Co. U.S. Large Capitalization Value Fund | C | Dividend | M | T | | | | | |
| 85. Deutsche Bank Trust Co. Money Market Deposit Account | A | Interest | J | T | | | | | |
| 86. WabTecCorp.merged w/Gen ElectricCo. Sub,GE Transportn2/25/19acq2/26/19 | A | Dividend | | | Sold | 03/31/19 | | B | Loss |
| 87. | | | | | | | | | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schall, Alvin A. | 04/28/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

ADDITIONAL INFORMATION WITH RESPECT TO PART VII OF THIS REPORT:

1. Items 1-18, 21-23, 26, 27, 47-53, 72-78, and 86 are common stock holdings.

2. Items 19, 20, 24, 25, 29-38, 44, 54, 67-69,82, and 83 are mutual funds.

3. Items 28, 45,60,70, and 85 are in the nature of money market accounts.

4. Items 42,43,55-58,62,64-66,79-81, and 84 are mutual funds managed by Deutsche Bank Trust Co.

5. Items 41,59, and 63 are tax-free securities funds managed by Deutsche Bank Trust Co.

6. Item 39 is a real estate partnership.

7. ▮▮▮ Denotes holding ▮▮▮▮ .

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Alvin A. Schall**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544